# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 03, 2018

SEAN F. McAVOY, CLERK

JAROD ANTHONY WINTERER,

    *Plaintiff*

v.

ROBERT FERGUSON,

    *Defendant*

Civil Action No. 1:18-CV-3116-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Petition is DISMISSED without prejudice for failure to exhaust state court remedies.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson

Date: December 3, 2018

*CLERK OF COURT*

SEAN F. McAVOY

*(By) Deputy Clerk*

s/Sean F. McAvoy